# EXHIBIT D

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>BOSTON<br>HOUSTON<br>DALLAS<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | <br><br>*FIRM and AFFILIATE OFFICES*<br><br>NICOLE MCLAUGHLIN<br>DIRECT DIAL: +1 215 979 1191<br>*E-MAIL*: NKMcLaughlin@duanemorris.com<br><br>www.duanemorris.com | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

June 7, 2024

VIA E-MAIL (PKRUSE@SPENCERFANE.COM; TRADEMARKS_NSH@SPENCERFANE.COM)

Paul W. Kruse
Spencer Fane
511 Union Street, Suite 1000
Nashville, TN 37219

**Re:  Use of "Colony" trademark by Emmy Squared**

Dear Mr. Kruse:

This law firm represents Colony Grill Development LLC, ("CGD") in its intellectual property and litigation matters. CGD is a pizza restaurant chain that traces its roots back to the first Colony Grill restaurant that opened in Stamford, Connecticut in 1935. At this Stamford location, the operators developed a pizza known as a "bar pie" that could fit on the restaurant's narrow bar top. The bar pie was offered with "hot oil"—a spicy, pepper-infused oil that is available as a pizza topping. Over time, the hot oil bar pie became so popular that all the other Colony menu items faded away, as did the need for a grill. Today, CGD has multiple "grill-less" locations across Connecticut, New York, Virginia, Florida, and Maryland, and is famous for its a one-of-a-kind, thin-crust pizza that is best served with the signature "hot oil" topping.  More about CGD can be found on its website at www.colonygrill.com.

CGD is the owner of the trademarks COLONY; COLONY GRILL,  and

for "pizza" and "bar and restaurant services," and owns U.S. Trademark Registration No. 3915920 for the mark COLONY GRILL, as well as U.S. Trademark

---

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196        PHONE: +1 215 979 1000    FAX: +1 215 979 1020



Paul W. Kruse
June 7, 2024
Page 2

Applications Serial Nos. 98504870, 98504876, and 88796693 for the marks ,

COLONY and            respectively (collectively, the common law marks, Registration and Applications are hereinafter referred to as the "Colony Marks"). As a result of CGD's lengthy and continuous use of the Colony Marks, and the widespread sale of its unique thin crust pizza with the hot oil topping, the Colony Marks have acquired enormous goodwill and notoriety. Consumers, especially consumers in Connecticut and New York, have come to recognize CGD as the source of one of a kind pizza served with the pepper-infused hot oil topping, under the Colony brand.

      CGD recently became aware that your client, Emmy Squared Holdings, LLC ("Emmy"), offers a pizza on its menu called the "Colony," which is topped with "red sauce, ezzo pepperoni, pickled jalapeños, honey." CGD is concerned about Emmy's use of the name "Colony" as the name of a pizza that has the same type of pepper-infused hot oil concept and taste, albeit with ezzo peperoni, pickled jalapeños and hot honey, as CGD, as it is likely to cause consumer confusion, mistake, or deception as to the affiliation, connection, or association between CGD and Emmy as to the origin, sponsorship, or approval of the "Colony" pizza on Emmy's menu. This is particularly concerning in the New York/Connecticut area, as CGD's hot oil pizza has a particularly long and storied history in that area and consumers are likely to be confused by the presence of a "Colony" pizza on Emmy's menu with a facially similar flavor profile to the hot oil pizza that has become synonymous with CGD.

      We presume that Emmy did not intentionally mean to infringe CGD's rights in the Colony Marks when choosing the name for its "Colony" pizza and expect that Emmy will understand that it is incumbent upon CGD to protect its valuable trademark rights. Accordingly, to avoid any confusion, mistake or deception in the marketplace, CGD requests that Emmy cease its use of the "Colony" name for its pizza. CGD is open to discussing an appropriate phase-out period.

      Please discuss with your client and confirm Emmy's agreement to the above by no later than **June 24, 2024**, or if you wish to discuss this matter, please contact the undersigned.

      Nothing contained in this letter, nor any act or omission to act by CGD is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights or remedies which CGD may have and are hereby expressly reserved.

      We look forward to your prompt reply.

DuaneMorris

Paul W. Kruse
June 7, 2024
Page 3

          Regards,

          /Nicole K. McLaughlin/s

          Nicole K. McLaughlin